JEANNE RENOUX, Respondent, v. THOMAS M. BLAKE et al., Appellants.

APPEAL from a judgment, in favor of the plaintiff, rendered in the Municipal Court of the city of New York, third district, borough of Manhattan.

I. Henry Harris, for appellants.

Hippolyte A. Geney, for respondent.

*Per Curiam.* We are satisfied that the interests of justice require that this action be retried. The judgment will, therefore, be reversed.

Present: FREEDMAN, P. J.; MACLEAN and LEVENTRITT, JJ.

Judgment reversed and new trial ordered, with costs to appellants to abide event.